# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 31, 2024

Ms. Michelle Melton
U.S. Department of Justice
Environment & Natural Resources Division-Appellate Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

    No. 24-50620   In re Greg Abbott
             USDC No. 1:23-CV-853

Dear Ms. Melton,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *WMJett*

          By: _____
          Whitney M. Jett, Deputy Clerk
          504-310-7772

cc:
    Mr. Andrew D. Knudsen
    Mr. Brian H. Lynk
    Ms. Lanora Christine Pettit