# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50620   In re Greg Abbott
                 USDC No. 1:23-CV-853

The court has taken the following action in this case:

The Court has revised the Court Directive issued July 31, 2024, with the following directive. The response to the motion for stay pending disposition of the mandamus petition or alternative motion for temporary stay is Friday, August 2, 2024, at 1:00 PM, CST.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Whitney M. Jett, Deputy Clerk
                         504-310-7772

Mr. William Francis Cole
Mr. Philip Devlin
Mr. Andrew D. Knudsen
Mr. Brian H. Lynk
Ms. Michelle Melton
Ms. Lanora Christine Pettit