# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 5, 2024
Lyle W. Cayce
Clerk

No. 24-50620

_____

In re Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Petitioners.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

_____

ORDER:

IT IS ORDERED that Appellants' motion for an extension of 30 days, or, to and including December 4, 2024, to file its petition for rehearing en banc is DENIED.

    /s/ Carl E. Stewart
Carl E. Stewart
*United States Circuit Judge*